IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                         CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK,

      Defendant.
_____/

### ORDER FOR DISBURSEMENT OF FUNDS

Upon consideration of the stipulation (doc. 1179) filed by Defendant Black and the Government, for good cause shown, it is

ORDERED AND ADJUDGED:

1. From the $191,323.09 currently held, the clerk shall disperse $30,000.00 to the account of Kimberly Hampton, specified in the stipulation, for the use and benefit of the Defendant's minor dependent Matthew Hampton.

2. The clerk shall also disperse $39,000.00 to the account of Charlotte Black, specified in the stipulation, for the use and benefit of Defendant's minor dependents, Shayla M. Black and Jeremy L. Black.

3. The clerk shall seal the stipulation (doc. 1179) and attachments thereto and post a redacted version of the stipulation to conform with the clerk's privacy policy.

4.	The remaining funds held shall be dispersed as restitution in accordance with the Stipulation of Revised Restitution (doc. 1145) and the attached loss summary, which sets forth the restitution amount owing to each player/client in this case after taking into account compensation received by the player/clients from other sources.  The loss summary does not account for any restitution that may have already been paid by the clerk through the registry of this court.  The clerk shall, therefore, subtract from the amounts on the loss summary any amounts paid through the registry to determine the current amount of restitution that is due and owing to each player/client.

DONE AND ORDERED this 26th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge