IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK,

    Defendant.
_____/

## ORDER DISCHARGING CJA PANEL ATTORNEY

Pending before the Court is the motion (doc. 1183) by Jon D. Uman, Esq., to be discharged as counsel of record to Defendant William H. Black. Because Mr. Uman has fulfilled his obligations to Defendant and there are no outstanding matters in this case, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 1183) is granted.

2.    Jon D. Uman, Esq. is discharged from further obligation as counsel of record for Defendant William H. Black.

DONE AND ORDERED this 13th day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge