IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK,

       Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of Defendant William H. Black's letter (doc. 1204), which has been treated as a motion for copy of sealed document. In the letter, Defendant requests that the Court send a copy of a sealed document to Attorney Robert Bragdon. Upon contacting Attorney Robert Bragdon, the Court was advised that a copy from the Court is no longer needed. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 1204) is denied as moot.

DONE AND ORDERED this 5th day of July, 2006.

                     *s/ Stephan P. Mickle*
                     Stephan P. Mickle
                     United States District Judge