IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK,

       Defendant.
_____/

### ORDER DENYING MOTION FOR HOME CONFINEMENT

This cause comes before the Court on Defendant William H. Black's motion to serve the remainder of his sentence on home confinement (doc. 1206). For the following reasons, the motion will be denied.

1. A sentencing court has no authority to order a convicted defendant to be designated to a particular facility or program. United States v. Johnson, 223 F.3d 665, 673 (7th Cir. 2000).

2. The Bureau of Prisons has the authority under Title 18, United States Code, Section 3621(b), to designate the place of a prisoner's confinement.

3. The Bureau of Prisons also has the authority under Title 18, United States Code, Section 3624(c), to place a prisoner in home confinement for the last ten percent of his prison term, not to exceed six months.

4. A prisoner aggrieved by a Bureau of Prisons placement decision may seek court review of the decision through a habeas corpus petition under Title 28, United States Code, Section 2241. See Woodall v. Federal Bureau of Prisons, 432 F.3d 235, 241-44 (3d Cir. 2005); c.f. Richmond v. Scibina, 387 F.3d 602, 605-06 (explaining that prisoner challenging the substance of placement decision should utilize Section 2241, but a challenge to the rules used to make a placement decision should be made through the Administrative Procedure Act).

5. "Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated." Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1995). Because Defendant is not incarcerated within this district, this Court has no jurisdiction to review the Bureau of Prisons' placement decision. Accordingly, it is

ORDERED AND ADJUDGED that Defendant William H. Black's motion to serve the remainder of his sentence on home confinement (doc. 1206) is denied for lack of jurisdiction.

DONE AND ORDERED this 13th day of April, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:00cr15-SPM