IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK,

      Defendant.
_____/

### ORDER DENYING MOTION TO COMPEL APPROVAL OF RELEASE PLAN

      Pending before the Court is Defendant William H. Black's pro se emergency motion (doc. 1226) for the Court to compel approval of his release plan. Defendant Black's plan calls for him to be designated to a community corrections center in Irving, Texas, as part of the pre-release component of his sentence. 18 U.S.C. § 3624(c). It also calls for his release in the Northern District of Texas to live with his wife, Carla J. Harris, when he begins his term of supervised release.

      The Bureau of Prisons and the probation offices operate through a memorandum of understanding whereby they "agree[] to work closely on release planning to ensure that offenders have a smooth transition from prison to the community, thereby increasing the likelihood of a successful supervision experience." Memorandum of Understanding Between the Federal Bureau of

Prisons and the Probation and Pretrial Services Division of the Administrative Office of the United States Courts Regarding Inmate Release Planning.[1] According to the understanding, the Bureau of Prisons works with each prisoner to come up with a release plan, which is then submitted for approval to the probation office in the district of release. Id. "When a reasonable plan can be verified, the plan should be approved." Id.

This Court does not have jurisdiction to review the Bureau of Prisons' designation of Defendant Black to a particular community corrections center. 18 U.S.C. § 3625. The Bureau of Prisons' decision on that matter is a discretionary activity that is not subject to judicial review. See Eaton v. United States, 178 F.3d 902, 903-04 (7th Cir. 1999); United States v. Fuller, 211 F.Supp. 204, 205 (D. Me. 2002). Accordingly, it is

ORDERED AND ADJUDGED that Defendant Black's motion to compel approval of his release plan (doc. 1226) is denied.

DONE AND ORDERED this 5th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

---

[1] A copy of the memorandum is included as Attachment B to the Bureau of Prisons Policy Statement 5321.07.

CASE NO.: 1:00cr15-SPM