UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.: 1:00cr15 – SPM

WILLIAM H. BLACK, JR.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO TURN OVER FUNDS

This cause comes before the Court pursuant to Plaintiff United States of America's ("Government") Motion to Turn Over Funds (doc. 1234). Defendant William H. Black, Jr. ("Defendant") did not file a response. For the reasons set forth below, the Court grants the Government's motion.

On May 10, 2002, this Court ordered Defendant to pay restitution in the amount of $12,228,077.00. As of November 17, 2009, a balance of $5,503,089.11 remained. During Defendant's period of incarceration, Defendant filed several lawsuits for payment of fees, including <u>Professional Management Inc., and William H. Black v. Vincent Lamar Carter</u>, District of South Carolina case number 3:03cv651-24. Defendant, who operated Professional Management, Inc., reported

that this case settled in Professional Management, Inc.'s favor for $3,600,000.00.

The Mandatory Victim's Restitution Act provides that "if a person obligated to pay restitution, or pay a fine, receives substantial resources from any source, including . . . settlement . . . during a period of incarceration, such person shall be required to apply the value of such resources to any restitution or fine still owed." 18 U.S.C. § 3664(n). Because Defendant still owes restitution and has received "substantial resources" from the settlement of Professional Management Inc., Defendant must apply these resources to his restitution balance. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Government's Motion to Turn Over Funds (doc. 1234) is granted.

2. On or before July 14, 2010, Defendant shall deposit into the registry of the Clerk of this Court all proceeds he received from the settlement, either directly or through his interest in Professional Management, Inc.

DONE AND ORDERED this 30th day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge