UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No.: 1:00cr15 – SPM

WILLIAM H. BLACK,

    Defendant.

_____/

## ORDER DENYING REQUEST TO VACATE

This cause comes before the Court on the Request to Vacate Order filed by Defendant William H. Black. Doc. 1246. Defendant states that he did not receive a copy of the Government's Motion to Turn Over Funds (doc. 1234) and for that reason asks that the order granting the motion be vacated. Defendant does not provide any other reasons why he should not be required to turn over the funds.

The order directing Defendant to turn over the funds stated that Defendant failed to respond; but that was not the basis for the order. Defendant has an ongoing obligation to pay restitution. If he has received any funds from a settlement, either directly or through his interest in Professional Management, Inc., those funds must be made available for payment of restitution. See 18 U.S.C. § 3664(n) ("[I]f a

person obligated to pay restitution, or pay a fine, receives substantial resources from any source, including . . . settlement . . . during a period of incarceration, such person shall be required to apply the value of such resources to any restitution or fine still owed."). Accordingly, it is

ORDERED AND ADJUDGED: the Request to Vacate Order (doc. 1246) is denied.

DONE AND ORDERED this 19th day of July, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge