UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.: 1:00cr15 – SPM

WILLIAM H. BLACK,

    Defendant.

_____/

**ORDER DENYING WRIT OF ERROR CORAM NOBIS**

      Pending before the Court is Defendant William H. Black's Writ of Error Coram Nobis, Ineffective Assistance of Counsel. Doc. 1296. Coram nobis relief is appropriate only in extraordinary circumstances to correct an error of fundamental character when there is no other relief available and a valid reason for not pursing relief earlier. Alikhani v. United States, 200 F.3d 732, 734 (11th Cir. 2000). The restitution issue Black raises could have been pursued on direct appeal. The claims of ineffective assistance of counsel could have been pursued in a motion to vacate under § 2255. Black has not presented a sound reason for his failure to pursue these issues earlier and the issues are not of a fundamental

character so as to warrant coram nobis relief. Accordingly, it is

ORDERED AND ADJUDGED: Defendant William H. Black's Writ of Error Coram Nobis, Ineffective Assistance of Counsel (doc. 1296) is denied.

DONE AND ORDERED this 11th day of August, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge