UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No.: 1:00cr15 –SPM

WILLIAM H. BLACK,

    Defendant.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court on Defendant William H. Black's notice of appeal (doc. 1304), which has been construed as a request for certificate of appealability. For the following reasons, a certificate of appealability will be denied.

A defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the defendant can show that reasonable jurists could differ as to the resolution of the case either on the merits or as to any plain procedural bar. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The coram nobis relief sought by Black is appropriate only in extraordinary

circumstances to correct an error of fundamental character when there is no other relief available and a valid reason for not pursing relief earlier.  <u>Alikhani v. United States</u>, 200 F.3d 732, 734 (11th Cir. 2000).  The restitution issue Black raises could have been pursued on direct appeal.  The claims of ineffective assistance of counsel could have been pursued in a motion to vacate under § 2255.  Black has not presented a sound reason for his failure to pursue these issues earlier and the issues are not of a fundamental character so as to warrant coram nobis relief.  Reasonable jurists would not differ on the resolution of the case.  Accordingly, it is

ORDERED AND ADJUDGED: the request for certificate of appealability (doc. 1304) is denied.

DONE AND ORDERED this 24th day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge