IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:00cr15-SPM

WILLIAM H. BLACK, JR.

_____/

**ORDER QUASHING SUBPOENA AND DENYING GOVERNMENT'S MOTION**

This cause comes before the Court on the Motion to Quash Subpoena (doc. 1326) filed by Attorney Robert O. Bragdon. The subpoena is invalid because it provided Attorney Bragdon less than 14 days to comply and required him to travel more that 100 miles. Fed. R. Civ. P. 45(c)(3). Attorney Bragdon also claims the information requested in privileged and the Government has not demonstrated that an exception or waiver applies.

In response to the Motion to Quash Subpoena, the Government has filed a motion to compel Attorney Bragdon to produce the materials. To compel disclosure, "[a] motion for an order to a nonparty must be made in the court where the discovery is or will be taken." Fed. R. Civ. P. 37(a)(2); see also Fed. R. Civ. P. 45(a)(2)(c) (subpoena for production or inspection not including

attendance must issue from the district where production or inspection is to be made).  Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion to Quash Subpoena (doc. 1326) is granted.  The subpoena is quashed.

2. The Governments Motion (doc. 1329) for order to compel is denied. The denial is without prejudice to the Government's opportunity to pursue means of discovery in aid of execution as authorized by Federal laws and rules.

DONE AND ORDERED this 6th day of January, 2011.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge

CASE NO.: 1:00cr15-SPM