IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                  CASE NOS. 1:00-cr-15-MW/GRJ-1
                                                                          and 1:13-cv-139-MW/GRJ

**WILLIAM H. BLACK,**

    **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 1433, filed August 30, 2013, and has also reviewed *de novo* the Defendant's objections to the report and recommendation, ECF No. 1437, filed September 11, 2013. Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "The motion to vacate, set aside or correct sentence, ECF No. 1424, is **DENIED**. A certificate of appealability is

1

**DENIED.**"

SO ORDERED on September 12, 2013.

              **s/Mark E. Walker     **
              **United States District Judge**